# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| JOHN HALL,<br>    Plaintiff,<br><br>vs.<br><br>S.A. GODINEZ, RIECKENBERG, DAVE REDNOUR, M. ATCHISON, SHERRY BENTON, MS. CARTWRITE, ROBIN ROSWOLD, SCHINER, MAVE HALL, TRACY HARRINGTON, NATHANIEL MAUE, and MICHAEL SCHNICKER,<br>    Defendant(s). | CASE NO.   12-204-SCW |

## JUDGMENT IN A CIVIL CASE

Defendants S. A. GODINEZ, RIECKENBERG, DAVE REDNOUR, M. ATCHISON, SHERRY BENTON, MS. CARTWRITE, ROBIN ROWOLD, SCHINER, MAVE HALL, TRACY HARRINGTON, were dismissed without prejudice on August 17, 2012, by an Order entered Judge Michael J. Reagan (Doc. 16).

The remaining defendants came before this Court for jury trial.    The issues have been tried and the jury rendered its verdict in favor of Defendants NATHANIEL MAUE and MICHAEL SCHNICKER and against Plaintiff JOHN HALL (Doc. 161).

THEREFORE, judgment is entered in favor of Defendants **NATHANIEL MAUE** and **MICHAEL SCHNICKER** and against Plaintiff **JOHN HALL.**

Plaintiff shall take nothing from this action.

**DATED** this 16th day of July, 2015

                                        **JUSTINE FLANAGAN, ACTING CLERK**

                                        **BY**: *s// Angie Vehlewald*
                                                **Deputy Clerk**

**Approved by**     *s// Stephen C. Williams*
            **United States Magistrate Judge**
                    **Stephen C. William**